UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES G. FELTS,

    Plaintiff,

v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C05-5818RBL

ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTION

The Court, having reviewed plaintiff's motions for injunction relief, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's motions for preliminary injunction relief (Dkt. #40) is DENIED;

(3)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge J. Kelley Arnold.

DATED this 20th day of June, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER DENYING INJUNCTION
Page - 1