3:05-CV-05818-RBL-JKA Felts v Wadding Ton et al

HONORABLE RONALD B LEIGHTON
MAGISTRATE J. Kelley Arnold

~~Tacoma News Tribune~~

U.S. District Court

JUN 27 2006  June 22 2006

Here's a little note to let you sodomized shit-eaters beware of God's wrath, only 10 (Ten) times worse than Fed Judge George N Boldt & State Judge Wardyn B Soule found out! "GOD" remove those shit eating sodomized queers last born all the way down to the first born, very violently also, smash their filthy fucking heads. Being as how they don't obey their own laws, plus they think they are better than "GOD". Teach them a lesson, I'm asking in your Son's name Jesus Christ & Charles Gary Felts. So be it "Lord" so be it!

You stupid idiots I don't need a restraining order on you freaks to avoid 12 months supervision, I'll give the idiots my address! I just won't report as I don't honor crooked courts, & sodomized shit eating queer judges! Harold Strombom, & Mary Wanovondexon, & Arthur Emory! I want the restraining order to keep you filth away from my people & the government (The People)(Not the filth in Olympia or any other state capitol, or Wash. D.C. as they are not the government) The people are or are supposed to be! The people need to declare marshal law with the army, navy, marines & air force! And shoot any & all of you filth on sight or stench!

Respectfully submitted this 22nd day of June 2006

Sincerely
Charles Gary Felts #621545
Charles Gary Felts

You won't put the charges listed at the top of the page in trial now bout this then!

Please print on the front page of the TNT

LEGAL MAIL
05-CV-05818-LTR