UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES G. FELTS,

            Plaintiff,

    v.

DOUG WADDINGTON, *et al.*,

            Defendants

Case No.  C05-5818RBL

ORDER GRANTING
SUMMARY JUDGMENT

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendants' motion for summary judgment is GRANTED;

(3)    Plaintiff's causes of action are DISMISSED; and plaintiff's pending motions, if any, are denied as being moot;

(4)    The Clerk is directed to send copies of this Order to plaintiff and to the Hon. J. Kelley Arnold

DATED this 21st day of November, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1